
**SECRET**

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**DAVID PANBEHCHI**,<br>[DOB: 01/16/1996]<br><br>Defendant. | No. 21-3067-01-CR-S-BCW<br><br>**COUNT 1**<br>18 U.S.C. § 924(a)(1)(A)<br>NMT 5 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class D Felony<br><br>**COUNT 2**<br>18 U.S.C. § 924(a)(1)(A)<br>NMT 5 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class D Felony<br><br>$100 Mandatory Special Assessment (Both Counts) |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

### COUNT 1
**(Knowingly Making a False Statement and Representation to a Firearms Dealer in Order to Purchase a Firearm)**

On or about August 11, 2020, in Greene County, in the Western District of Missouri, the defendant, **DAVID PANBEHCHI**, knowingly made a false statement and representation to Jeremy Holler, a sales associate for Walmart, a person or entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Walmart, in that the defendant provided a false current state of residence and address, in Section A, line 2 of ATF Form 4473, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2
### (Knowingly Making a False Statement and Representation to a Firearms Dealer in Order to Purchase a Firearm)

On or about August 11, 2020, in Greene County, in the Western District of Missouri, the defendant, **DAVID PANBEHCHI**, knowingly made a false statement and representation to Justin Beezley, a sales associate for Eagle Pawn and Jewelry, a person or entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Eagle Pawn and Jewelry, in that the defendant provided a false current state of his residence and address, in Section A, line 2 of ATF Form 4473, in violation of Title 18, United States Code, Section 924(a)(1)(A).

                                                                **A TRUE BILL.**

                                                       */s/ Monica Stone*
                                                       **FOREPERSON OF THE GRAND JURY**

*/s/ Randall Eggert*
**RANDALL D. EGGERT**
Supervisory Assistant United States Attorney
MO Bar #39404

Dated:  05/19/2021
        Springfield, Missouri