ATTEST: A TRUE COPY
CERTIFIED THIS

Date: 5/27/2021

JAMES N. HATTEN, Clerk

By: s/Traci C. Campbell
Deputy Clerk

CLOSED

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:21−mj−00533−AJB−1

Case title: USA v. Panbehchi
Other court case number: 21−3067−01−CR−S−BCW USDC WD MO

Date Filed: 05/25/2021
Date Terminated: 05/25/2021

---

Assigned to: Magistrate Judge Alan J. Baverman

### Defendant (1)

**David Panbehchi**
*TERMINATED: 05/25/2021*

represented by **Byron Conway**
Federal Defender Program, Inc.
Trial
101 Marrietta Street NW
Ste 1500
Atlanta, GA 30303
404−678−7530
Email: byron_conway@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:924(a)(1)(A) − PENALTIES FOR FIREARMS | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Samir Kaushal**<br>Office of the United States Attorney–ATL600<br>Northern District of Georgia<br>600 United States Courthouse<br>75 Ted Turner Dr., S.W.<br>Atlanta, GA 30303<br>404−581−6000<br>Email: samir.kaushal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/25/2021 | | | Arrest (Rule 40) of David Panbehchi. (tcc) (Entered: 05/26/2021) |
| 05/25/2021 | 1 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Byron Conway for David Panbehchi. Signed by Magistrate Judge Alan J. Baverman on 5/25/2021. (tcc) (Entered: 05/26/2021) |
| 05/25/2021 | 2 | | Minute Entry for proceedings held before Magistrate Judge Alan J. Baverman: Initial Appearance in Rule 5(c)(3) Proceedings as to David Panbehchi held on 5/25/2021, Defendant waives Preliminary Hearing. Waiver filed. Bond Hearing held. Appearance Bond (Unsecured) set in the amount of $10,000. Bond Filed: Defendant RELEASED. (Tape #FTR) (tcc) (Entered: 05/26/2021) |
| 05/25/2021 | 3 | | WAIVER of Rule 5 Identity Hearings by David Panbehchi. (tcc) (Entered: 05/26/2021) |
| 05/25/2021 | 4 | | Appearance Bond (Unsecured) on Rule 5(c)(3) Entered as to David Panbehchi in amount of $ 10,000. (tcc) (Entered: 05/26/2021) |
| 05/25/2021 | 5 | | ORDER Setting Conditions of Release as to David Panbehchi. Signed by Magistrate Judge Alan J. Baverman on 5/25/2021. (tcc) (Entered: 05/26/2021) |
| 05/25/2021 | 6 | | CJA 23 Financial Affidavit by David Panbehchi. (tcc) (Entered: 05/26/2021) |
| 05/25/2021 | | | Magistrate Case Closed. Defendant David Panbehchi terminated. (tcc) (Entered: 05/26/2021) |
| 05/27/2021 | | | Transmittal of Rule 5(c)(3) Documents as to David Panbehchi, sent to USDC WD MO via InterdistrictTransfer email with certified copy of Bond and docket sheet. (tcc) (Entered: 05/27/2021) |

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY 25 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

United States of America )
v. )
_____DAVID PANBEHCHI_____ )   Case No. 1:21-MJ-533-AJB
           *Defendant* )
)
)

ATTEST: A TRUE COPY
CERTIFIED THIS

Date: __5/27/2021__

JAMES N. HATTEN, Clerk

By: __s/Traci C. Campbell__
Deputy Clerk

**APPEARANCE BOND**

**Defendant's Agreement**

I, __DAVID PANBEHCHI_____*(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )   to appear for court proceedings;
( X )   if convicted, to surrender to serve a sentence that the court may impose; or
( X )   to comply with all conditions set forth in the Order Setting Conditions of Release.

**Type of Bond**

(   ) (1) This is a personal recognizance bond.

( x ) (2) This is an unsecured bond of $ __10,000_____

(   ) (3) This is a secured bond of $_____, secured by:

    (   ) (a) $ _____, in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:
_____.
_____.
If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:
_____.
_____.

**Forfeiture or Release of the Bond**

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;
    (2)    the property is not subject to claims, except as described above; and
    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond. I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 5/25/2021

_____
Defendant's signature

_____
(1) Surety/property owner – printed name

_____
(1) Surety/property owner – signature and date

_____
(1) Surety/property owner's address

_____
(1) Surety/property owner's city/state/zip

_____
(2) Surety/property owner – printed name

_____
(2) Surety/property owner – signature and date

_____
(1) Surety/property owner's address

_____
(2) Surety/property owner's city/state/zip

_____
(2) Surety/property owner – printed name

_____
(3) Surety/property owner – signature and date

_____
(3) Surety/property owner's address

_____
(3) Surety/property owner's city/state/zip

CLERK OF COURT

Date: _____

_____
Signature of Clerk or Deputy Clerk

**APPROVED**

Date: 5/25/2021

_____
Alan J. Baverman, United States Magistrate Judge