FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY 25 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID PANBEHCHI

    Defendant.

CASE NO.

1:21-MJ-533-AJB

## ORDER APPOINTING COUNSEL

**BYRON CONWAY**

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 25th day May, 2021.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE