ORIGINAL

| MAGISTRATE'S CRIMINAL MINUTES & ORDER REMOVALS (Rule 5 & 5.1) | | | | FILED IN OPEN COURT | | | |
|---|---|---|---|---|---|---|---|
| | | TIME IN COURT: | | | HRS. | 50 | MINS. |
| FILED IN OPEN COURT | DATE: 5/25/2021 | TIME: | 2:06 pm | | TAPE: | FTR Gold | |

**MAGISTRATE (PRESIDING):** ALAN J. BAVERMAN    **DEPUTY CLERK:** Lisa Enix

| CASE NO: | 1:21-MJ-533 | DEFENDANT'S NAME: | David Panbehchi |
|---|---|---|---|
| AUSA: | Samir Kaushal | DEFENDANT'S ATTORNEY: | Byron Conway |
| USPO/PTR: | Leslie Hopkins via phone | TYPE OF COUNSEL: FDP | |
| | ARREST DATE: | | |
| X | Initial Appearance Hearing Held | X | Defendant informed of rights |
| | Due Process Protection Act Warning Orally Given to Government's Counsel. Order on page 2 | | |
| | Interpreter Sworn: | | |

### COUNSEL

| X | ORDER appointing The Federal Defender Program | | IA Only |
|---|---|---|---|
| | ORDER appointing | | as counsel for defendant |
| | ORDER defendant to pay attorney's fees as follows: | | |

### IDENTITY/PRELIMINARY HEARING

| X | Defendant WAIVES identity hearing. | X | WAIVER FILED |
|---|---|---|---|
| | Identity hearing held | | Def. is named def. in indictment/complaint; held for removal to other district |
| | Defendant WAIVES preliminary hearing | | WAIVER FILED |
| | Preliminary hearing held. | | Probable cause found; def. held to District Court for removal to other district. |
| | Removal hearing set | | @ |
| | Commitment to Another District Filed. | | |

### BOND/DETENTION PROCEEDINGS

| | Government Motion for DETENTION Filed | Detention hearing set | |
|---|---|---|---|
| | Detention Hearing Held | | Detention Hearing Waived |
| X | Bond Hearing Held | Bond Set at | $10,000 |
| X | Non-Surety | Surety ( ) Cash ( ) Property ( ) Corporate Surety | |
| X | Special Conditions: | Defendant's passport must be turn into probation by noon on May 26, 2021, all firearms must be removed from the home prior to defendant's arrival today. See bond for additional conditions. | |
| X | BOND FILED: Defendant RELEASED | | |
| | Bond NOT EXECUTED. Defendant to remain in Marshal's custody. | | |
| | Detention Order. Witten Order to follow. | | |