AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN OPEN COURT
U.S.D.C. Atlanta
MAY 25 2021
JAMES N. PATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 1:21-MJ-533-AJB |
| DAVID PANBEHCHI | ) |
| Defendant | ) Charging District's Case No. 21-3067-01-CR-S-BCW |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   Western District of Missouri                            .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

Date: 5/25/2021

Approved: _AJB_
U.S. Magistrate Judge

_David P._
Defendant's signature

_By [signature]_
Signature of defendant's attorney

David Panbehchi
Printed name of defendant's attorney