# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **DAVID PANBEHCHI**, Defendant. | Case No. 21-CR-03067-01-S-BW |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by Teresa A. Moore, Acting United States Attorney, and the undersigned Assistant United States Attorney, both for the Western District of Missouri, hereby moves the Court to unseal the Indictment in the above referenced matter, for the following reasons:

1. The defendant was indicted by a federal grand jury on May 19, 2021.

2. The Indictment was originally sealed because Panbehchi was not in custody and the sealing of said Indictment could assist in facilitating his arrest by case agents.

3. The Government would request that the Indictment be unsealed as Panbehchi was picked up in Atlanta, Georgia.

WHEREFORE, the Government respectfully requests an Order from this Honorable Court to unseal the Indictment in the above-numbered case.

    Respectfully submitted,

    TERESA A. MOORE
    Acting United States Attorney

By    */s/ Randall D. Eggert*
    Randall D. Eggert
    Mo. Bar # 39404
    Assistant United States Attorney
    901 St. Louis Street, Suite 500
    Springfield, Missouri 65806-2511