# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **DAVID PANBEHCHI**, <br><br> Defendant. | Case No. 21-CR-03067-01-S-BCW |

## *ORDER TO UNSEAL INDICTMENT*

Upon motion of the government, and for good cause shown, the Indictment returned in this case on May 19, 2021, is hereby unsealed.

**IT IS SO ORDERED.**

Date: June 3, 2021

*/s/ John T. Maughmer*
JOHN T. MAUGHMER
United States Magistrate Judge