IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 21-03067-01-CR-S-BCW |
| | ) | |
| DAVID PANBEHCHI, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Comes now Ian A. Lewis, Assistant Federal Public Defender, and hereby enters his

appearance as counsel on behalf of Defendant, David Panbehchi, in the above-entitled

cause of action.

Respectfully submitted,

*/s/ Ian A. Lewis*
**IAN A. LEWIS, #52819**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

June 7, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

/s/ Ian A. Lewis
**IAN A. LEWIS**