# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

## MINUTE SHEET

**UNITED STATES OF AMERICA**　　　　　　　　**Date:**　　June 15, 2021

**vs.**　　　　　　　　　　　　　　　　　　　　**Case No.:**　21-03067-01-CR-S-BCW

**DAVID PANBEHCHI**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**　Initial Appearance – Indictment
　　　　　　　　　　　　Arraignment
　　　　　　　　　　　　Scheduling Conference

**Time Commenced:**　10:56 a.m.　　　　　　　　**Time Terminated:**　10:59 a.m.

---

### APPEARANCES

**Plaintiff:**　　Cameron Beaver, SAUSA
**USPPTS:**　　Ian Lewis, FPD

---

**Proceedings:**　Parties appear as indicated above.　Defendant appears in person.

　　Defendant advised of rights and the Public Defender's Office has been appointed.　Court adopts the same conditions of release that was previously imposed.

　　*Arraignment*:　Defendant waives formal reading of the Indictment and enters a plea of not guilty as to all counts naming Defendant.

　　*Scheduling Conference*:　A scheduling order setting forth discovery deadlines will be entered by the Court.　Case placed on the next Joint Criminal Trial Docket.　Rule 5f Order entered.

　　Defendant on bond.

---

**Courtroom Deputy/ERO:**　Karla Berziel