IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID PANBEHCHI, ) <br> ) <br> Defendant. ) | Criminal Action <br> No. 21-03067-01-CR-SR-BCW |

## ORDER APPOINTING COUNSEL

IT IS ORDERED that the Federal Public Defenders' Office for the Western District of Missouri be, and it is hereby, appointed to represent the defendant before the United States Magistrate Judge and in all proceedings thereafter unless and until relieved by Order of the United States District Court for the Western District of Missouri.

                                                                                                                          */s/ David P. Rush*
                                                                                                                          DAVID P. RUSH
                                                                                                                          United States Magistrate Judge

Date: June 17, 2021